**Order entered July 24, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-12-01409-CV

---

**LEATHA A. MUNAI, Appellant**

**V.**

**WILLIAM K. MUNAI, Appellee**

---

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF 04-04859**

---

## ORDER

By order dated July 5, 2013, the Court granted appellant's extension of time to file her brief. We ordered appellant to file her brief within thirty days and cautioned appellant that no further extensions of time would be granted. After further review of the record, the reporter's record has not been filed and it appears appellant has made payment arrangements with the Court Reporter for the reporter's record.

Therefore, we **VACATE** our July 5, 2013 order. We **ORDER** Franchesca Duffey, Official Court Reporter for the 330th Judicial District Court, to file within **TEN DAYS** of the date of this order, either (1) the reporter's record; (2) written verification that no hearings were recorded or no request for the reporter's record has been made; or (3) written verification that

appellant has not been found indigent and has not paid or made arrangements to pay for the record.

We **NOTIFY** appellant that if we receive verification that no request for the record has been made or that she has not paid for or made arrangements to pay for the record, we will order the appeal submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

Appellant's brief shall be due thirty days after the reporter's record is filed or we receive verification that no hearings were recorded, no request for the reporter's record has been made, or that appellant has not been found indigent and has not paid or made arrangements to pay for the record.

We **DIRECT** the Clerk of the Court to send copies of this order, by electronic transmission, to all parties and to Franchesca Duffey, Official Court Reporter for the 330th Judicial District Court.

/s/    CAROLYN WRIGHT
       CHIEF JUSTICE